**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
STANDARD INSURANCE COMPANY,

            Plaintiff,

            -against-

MINNESOTA LIFE INSURANCE COMPANY, et al.,

            Defendants.
------------------------------------------------------------x

25-CV-212 (VSB) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

This matter has been referred to me for general pretrial management. (ECF 30).

An initial pretrial conference was held in this action on Wednesday, May 21, 2025. As discussed on the record, the parties are ordered to file a joint letter on the docket by **Friday, May 30, 2025**, addressing the applicability of 28 U.S.C. § 455 to this Court's continued management of this case.

It is further order that discovery is **STAYED** until **Friday, June 6, 2025**.

**SO ORDERED.**

Dated: May 21, 2025
       New York, New York

                                             *s/ Ona T. Wang*
                                             **Ona T. Wang**
                                   United States Magistrate Judge