**MEMO ENDORSED.**

Plaintiff's request for an extension of time to respond to the motion at ECF 47 is **GRANTED**. The parties are directed to submit a proposed coordinated briefing schedule by **June 17, 2025**.

**SO ORDERED.**

*[signature]*

_____
Ona T. Wang                                June 16, 2026
U.S.M.J.

---

**Debevoise & Plimpton**

Debevoise & Plimpton LLP
66 Hudson Boulevard
New York, NY 10001
+1 212 909 6000

June 13, 2025

**BY ECF**

The Honorable Vernon S. Broderick, U.S.D.J.
United States District Court, S.D.N.Y.
40 Foley Square
New York, NY 10007

Re:   **Standard Insurance Company v. Minnesota Life Insurance Company et al.**
      **Case No.: 25-cv-0212 (VSB) (OTW)**

Dear Judge Broderick:

Standard Insurance Company ("The Standard") writes to respectfully request that the Court temporarily stay the June 17, 2025 deadline for The Standard to respond to the Motion for Partial Judgment on the Pleadings (ECF No. 47, the "Motion") brought by Minnesota Life Insurance Company and Securian Financial Group, Inc. (the "Securian Entities"), and that the Court provide the parties until June 17, 2025, to submit a proposed briefing schedule to the Court. The purpose of the requested stay is to facilitate the parties' submission of a coordinated briefing schedule, and to provide The Standard additional time to evaluate and respond to the arguments and issues raised by the Motion. The Standard has conferred with the Securian Entities, and the Securian Entities do not oppose The Standard's request.

This is The Standard's first request for a stay or extension of time with respect to the Securian Entities' Motion for Partial Judgment on the Pleadings.

Respectfully submitted,

*/s/ Susan Reagan Gittes*
Susan Reagan Gittes
David J. Hotelling
Julia Vascotto
DEBEVOISE & PLIMPTON LLP
66 Hudson Boulevard
New York, NY 10001
(212) 909-6000
srgittes@debevoise.com
djhotell@debevoise.com
jvascott@debevoise.com

*Counsel for Standard Insurance Company*